**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 07 2024

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                              CASE NO. 4:24CV 850-BRW

35 FIREARMS AND APPROXIMATELY 22,032 ASSORTED
ROUNDS OF AMMUNITION SEIZED FROM THE POSSESSION
OF BRYAN MALINOWSKI ON MARCH 19, 2024                            DEFENDANTS

### VERIFIED COMPLAINT *IN REM*

The United States of America, by Jonathan D. Ross, the United States Attorney for the

Eastern District of Arkansas, and Assistant U.S. Attorney Amanda Jegley, for its verified

complaint *in rem* against the above-described defendant property, states:

### NATURE OF THE ACTION

1.      This is an action to forfeit all right, title and interest in the following property to the

United States: 35 firearms and approximately 22,032 assorted rounds of ammunition, recovered

from the residence of Bryan Keith Malinowski ("Mr. Malinowski") at 4 Durance Court in Little

Rock, Arkansas, on March 19, 2024, which are more particularly described in Exhibit 1

(collectively "the Defendant Firearms and Ammunition").

2.      This action is governed by Rule G of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions.

### JURISDICTION AND VENUE

3.      This Court has subject-matter jurisdiction over this action under Title 28, United

States Code, Sections 1345 and 1355(a).

4.      This Court has *in rem* personal jurisdiction over the Defendant Firearms and

Ammunition under Title 28, United States Code, Section 1355(b).

This case assigned to District Judge Wilson
and to Magistrate Judge Moore

5.    Venue is proper in the Eastern District of Arkansas under Title 28, United States Code, Sections 1355(b)(1) and 1395 because the offense(s) giving rise to the forfeiture occurred in this District.

## LOCATION OF PROPERTY

6.    The Defendant Firearms and Ammunition are located in the Eastern District of Arkansas at the Arkansas State Police and the Little Rock, Arkansas Field Office of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").

## BASIS FOR FORFEITURE

7.    The Defendant Firearms and Ammunition were involved in or used in or intended to be used in federal criminal violations, including assault on a federal officer, in violation of Title 18, United States Code, Section 111 (as to the silver Colt Defender .45 caliber handgun bearing serial number DR47793 identified as Defendant 46), dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A), and false and fictitious statements in connection with the acquisition of firearms, in violation of Title 18, United States Code, Section 922(a)(6), and, therefore, are subject to forfeiture under Title 18, United States Code, Section 924(d).

## FACTS

A. Background

8.    ATF works in conjunction with various law enforcement agencies within the United States by tracing the acquisition and disposition of firearms that are sourced in the United States.

9.    In order to combat violent firearms-related crimes that cross U.S. borders, ATF also assists bordering countries, Canada and Mexico, in investigating firearms-related crimes where recovered firearms have an origin or similar nexus to the United States.

2

10.    When a firearm is recovered by a law enforcement agency, both inside the United States as well as Canada and Mexico, a trace request may be submitted to ATF's National Tracing Center ("NTC") by the recovering and/or related investigative agency.

11.    In conducting a trace, NTC attempts to identify the original retail purchaser of a firearm after the firearm leaves a manufacturer.

12.    NTC utilizes information obtained from federal firearms licensees ("FFLs") who are licensed by ATF to engage in various aspects of firearm-related commerce.

B.    The Initial Trace Request

13.    In November 2023, law enforcement officials in Canada received photographs of firearms from a confidential informant.  The firearms were not known to have been recovered, however some of the serial numbers were visible in the photographs.

14.    An investigative trace request was submitted for the firearms to NTC. The initial trace request results showed Mr. Malinowski had purchased multiple firearms shown in the photos obtained by Canadian law enforcement.

15.    Mr. Malinowski was determined to be a resident of Little Rock, Arkansas, in the Eastern District of Arkansas.

C.    Mr. Malinowski's Firearms Purchases

16.    From 2019 through 2023, Mr. Malinowski purchased approximately 159 firearms from various FFLs.

17.    For an individual to purchase a firearm from a licensed dealer, they must appear in person at the premises or authorized alternate location of an FFL.

18.     Upon presenting valid government-issued photo identification, verified by the FFL or an employee/designee, the individual purchaser (transferee/buyer), in conjunction with the FFL (transferor/seller) must complete an ATF Form 4473, Firearms Transaction Record.

19.     The ATF Form 4473 includes a description of the firearm being transferred, identifying and demographic information for the purchaser, and a series of "Yes" or "No" questions to determine whether the purchaser is prohibited from possessing or receiving firearms.

20.     ATF Form 4473 specifically asks whether the purchaser is the actual transferee/buyer of the firearms listed and includes warnings about false statements being a crime punishable as a felony under federal law.

21.     The instructions for the ATF Form 4473 make clear that an individual purchasing a firearm with the intention of selling the firearm to a third party for money is not the actual transferee/buyer for purposes of the ATF Form 4473.

22.     Completed ATF Forms 4473 are maintained by the FFL, not by ATF.  ATF may inspect individual Forms 4473 held by FFLs for limited regulatory or law enforcement functions, including trace requests.

23.     During this investigation, ATF reviewed the records maintained by various FFLs where Mr. Malinowski purchased firearms, including ATF Forms 4473.

24.     The FFLs provided ATF with access to records for all firearms purchased by Mr. Malinowski from the FFLs.

25.     Each ATF Form 4473 included Mr. Malinowski's name and his address, 4 Durance Court, Little Rock, Arkansas.

26.     On each ATF Form 4473 Mr. Malinowski filled out for the purchase of each firearm, he indicated he was the actual transferee/buyer of the firearms.

D. Multiple Sales Summaries

27.     Under the Gun Control Act, Title 18, United States Code, Section 921, *et seq.*, FFLs are required to submit a report to ATF when there is a sale or other disposition of multiple firearms to the same purchaser within a certain period of time.  Specifically, in the case of pistols and revolvers, under Title 18, United States Code, Section 923(g)(3), FFLs must report the sale of two or more pistols or revolvers (or combination thereof) conducted at one time or during any five consecutive business days.

28.     ATF uses the information gathered from multiple sales or other disposition transactions to investigate possible firearms trafficking cases.  Where one or more firearms recovered from a crime are part of a multiple purchase, it could be an indicator of potential firearms trafficking.

29.     Based on multiple sales summary reports, between in or about November 2021 and in or about December 2023, Mr. Malinowski purchased approximately 92 handguns (i.e. pistols and revolvers), from a single FFL in North Little Rock, Arkansas (the "North Little Rock FFL").

30.     Multiple sale summary reports submitted by the FFL from which Mr. Malinowski purchased the firearms showed that Mr. Malinowski was purchasing multiple firearms of the same make and model.  Specifically, the multiple sale summary reports showed that between November 2021 and December 2023, Mr. Malinowski purchased three or more of the same firearms, as set forth below:

    a.      approximately twenty-four (24) Glock, Model 45, pistols;

    b.      approximately nine (9) Fed Arm, Model FR-16, pistols;

    c.      approximately nine (9) Beretta, Model 92A, pistols;

    d.      approximately seven (7) North American Arms, Model NA22, pistols;

e.       approximately four (4) Glock, Model 22, pistols;

f.       approximately four (4) SAR, Model SAR9, pistols;

g.       approximately three (3) ATI, Model OMNI, pistols;

h.       approximately three (3) Glock, Model 19, pistols;

i.       approximately three (3) Glock, Model 17, pistols; and

j.       approximately three (3) Beretta, Model 92FS.

Additionally, Mr. Malinowski purchased two handguns of the same make and model in multiple instances.

31.     For example, during the one-month period between October 13, 2022, and November 10, 2022, multiple sales summaries show that Mr. Malinowski purchased a total of six Glock, Model 45, pistols from the same North Little Rock FFL: two on October 13, 2022, two on October 28, 2022, and two on November 10, 2022.

32.     Multiple purchases of firearms with the same make and model may indicate that an individual is engaged in the business of dealing in firearms as a regular course of trade or business to predominantly earn a profit through the repetitive purchase and resale of firearms, rather than for occasional sales or enhancing a personal collection.

33.     In December 2023, ATF's Little Rock Field Office opened an investigation into Mr. Malinowski.

E.   Firearms Purchased by Malinowski Were Recovered from Crime Scenes

34.     The investigation revealed that multiple firearms originally purchased by Mr. Malinowski beginning in or about November 2021 were recovered by law enforcement from other individuals during the commission of a crime.

6

35.    A search of the National Crime Information Center ("NCIC") records and local police reports revealed no records indicating that any of the recovered firearms were ever reported stolen by Mr. Malinowski.

36.    For example, a Glock, Model 45, pistol originally purchased by Mr. Malinowski on April 20, 2022, was later recovered during a traffic stop from a convicted felon (hereinafter, "W-1") who was prohibited from possessing a firearm.

37.    The time between Mr. Malinowski's original purchase of the firearm and the recovery of the firearm from W-1, known as the "time-to-crime," was approximately 15 days.

38.    A short "time-to-crime" is a potential indicator of illegal firearms trafficking.

39.    In an interview with ATF, W-1 admitted that he had purchased the firearm at a gun show at the Arkansas State Fairgrounds in Little Rock, Arkansas in or around April or May 2022.

40.    W-1 positively identified Mr. Malinowski as the seller from whom he purchased the firearm at the gun show.

41.    W-1 indicated that he began purchasing firearms from Mr. Malinowski after Mr. Malinowski confirmed that he did not do any paperwork for his firearms sales (documenting identifying information of the buyer or otherwise documenting the sale).

42.    Following the gun show, W-1 corresponded with Mr. Malinowski via text message regarding the purchase of firearms. In these text messages, Mr. Malinowski sent W-1 lists of firearms and ammunition that Mr. Malinowski had available for purchase, which included Glock pistols, AR-15 pistols, an AR-15 rifle, and boxes of ammunition matching the caliber of the firearm W-1 was interested in purchasing.

43.     In February 2023 and June 2023, W-1 purchased two additional firearms from Mr. Malinowski in a business parking lot in Little Rock, Arkansas, a Glock, Model 17GEN4, pistol and a Ruger, Model LCP, .380 caliber handgun, respectively.

44.     Two days after the February 2023 purchase, W-1 was arrested in Arkansas in possession of the Glock, Model 17GEN4, pistol purchased from Mr. Malinowski. Mr. Malinowski had originally purchased the Glock pistol on June 23, 2022.

45.     In another example, in January 2024, ATF was notified that a Glock, Model 45, 9mm pistol previously purchased by Mr. Malinowski on May 1, 2022, had been recovered in California by law enforcement from a 15-year-old, juvenile male who was a documented Norteno gang member.

46.     Additionally, in February 2024, ATF learned that a Glock, Model 43, 9mm pistol originally purchased by Mr. Malinowski on May 4, 2022, had been recovered by law enforcement in California during execution of a search warrant on August 2, 2022. The Glock pistol was recovered together with controlled substances, a digital scale, and clear plastic zip lock bags.

F.  ATF Undercover Purchases from Malinowski at Gun Shows

47.     During its investigation, ATF learned that Mr. Malinowski sold firearms and ammunition at various gun shows in Arkansas and elsewhere.

48.     Mr. Malinowski did not possess a Federal Firearms License to engage in the business of dealing firearms.

49.     In January 2024, ATF Special Agents, acting in an undercover capacity, conducted undercover purchases of three firearms from Mr. Malinowski at a G&S Promotions gun show in Conway, Arkansas (the "January 2024 gun show").

50.    At the January 2024 gun show, Mr. Malinowski was operating as a vendor, with approximately two to three tables by himself.

51.    On the tables was a rack with AR-style pistols, two containers with various pistols, and several boxes of various types of ammunition.  Underneath the tables were gun boxes and other firearms not on display.  The pistols Mr. Malinowski had on display included pistols manufactured by Glock, SCCY, and Beretta.

52.    Mr. Malinowski stated that he sold at gun shows in Benton (Arkansas), Conway (Arkansas), and at a music hall in Memphis (Tennessee).  Mr. Malinowski stated that he typically sold out of AR pistols, like the ones he had on display, very quickly at the Memphis (Tennessee) gun show.

53.    Mr. Malinowski claimed that he was a private seller, and, therefore, no paperwork was needed to be completed for a purchase.  He stated that he accepted payment via cash, Paypal, and Zelle.

54.    In addition to firearms, Mr. Malinowski also offered ammunition for sale during the January 2024 gun show and had ammunition displayed for sale at the January 2024 gun show and other gun shows.

55.    At the January 2024 gun show, Mr. Malinowski sold two firearms to one ATF undercover agent: (1) a Fort Smith Arms & Ammunition Plant ("FSAAP"), Model FR-16 pistol, with a magazine and carrying sleeve for $725.00; and (2) a Glock, Model 30 pistol, with two magazines and the original gun box for $575.00.

56.    Mr. Malinowski also sold a third firearm to a second ATF undercover agent at the January 2024 gun show, a SCCY, Model CPX-2 pistol for $325.00.

9

57.    The ATF Forms 4473 obtained from the North Little Rock FFL for the three firearms purchased by the ATF undercover agents showed that each of the firearms had been purchased by Mr. Malinowski.

58.    The ATF Form 4473 for the FSAAP firearm showed that Mr. Malinowski had purchased the FSAAP firearm the day before he sold it to the first undercover agent at the January 2024 gun show.

59.    The ATF Form 4473 for the Glock, Model 30 showed that Mr. Malinowski had purchased the firearm in December 2023, approximately 52 days prior to the January 2024 gun show.   The original purchase price was approximately $379.59 with taxes and fees—approximately 50 percent less than the price Mr. Malinowski sold the firearm for at the January 2024 gun show.

60.    The ATF Form 4473 for the SCCY, Model CPX-2 showed that the firearm was transferred to Mr. Malinowski in December 2023, approximately 45 days prior to the January 2024 gun show.  Specifically, Mr. Malinowski purchased two SCCY, Model CPX-2 firearms for a total of $299.98, resulting in a more than a 100 percent profit on Mr. Malinowski's sale of the single SCCY, Model CPX-2 firearm to the ATF undercover agent at the January 2024 gun show.

61.    On the ATF Form 4473 for each of these recovered or purchased firearms, Mr. Malinowski falsely stated that he was the actual transferee/buyer of the firearms.

62.    Following the firearms purchases, Mr. Malinowski informed the ATF undercover agents that he would be selling firearms at a gun show in Benton, Arkansas the following weekend.

63.    Mr. Malinowski also informed undercover agents he could be contacted outside of the gun shows for any purchases and provided his cell phone number to them.

64.     When the second undercover agent told Mr. Malinowski he had family and friends who might be interested in purchasing a firearm, Mr. Malinowski replied "Okay" and reiterated "Cash, no paper."

G.  The Search Warrant

65.     Based on the information obtained in the investigation, the United States District Court for the Eastern District of Arkansas issued a search warrant for 4 Durance Court in Little Rock, Arkansas on March 6, 2024.

66.     At the time the warrant was issued, 4 Durance Court was the residence of Bryan Malinowski and his wife.

67.     On March 19, 2024, agents with ATF, along with federal task force officers, responded to Mr. Malinowski's residence to attempt to execute a federal search and seizure warrant.

68.     The federal search and seizure warrant authorized federal law enforcement to search the Malinowski residence between the hours of 6:00 a.m. and 10:00 p.m. on a date on or before March 20, 2024, for evidence of criminal violations committed by Mr. Malinowski, specifically, dealing firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A), and unlawful acquisition of a firearm, in violation of Title 18, United States Code, Section 922(a)(6).

69.     When ATF agents breached the front door of the residence, they were met by an individual later identified as Mr. Malinowski, pointing a firearm down the hallway at the first two ATF agents to enter the residence, Agent 1 and Agent 2, respectively.

70.     Mr. Malinowski fired multiple shots towards Agent 1 and Agent 2.

71.     Agent 2 was struck in the foot by gunfire from Mr. Malinowski.

72.    Agent 2 returned fire from his ATF-issued firearm, striking Mr. Malinowski.

73.    Mr. Malinowski later died as a result of his injuries.

74.    Following the shooting, the Arkansas State Police Criminal Investigation Division conducted an investigation into the officer involved shooting that resulted in Mr. Malinowski being struck by gunfire.

75.    During its investigation, pursuant to the execution of a state search warrant on March 19, 2024, the Arkansas State Police recovered the Silver Colt Defender .45 Caliber handgun, bearing serial number DR47793 (Defendant 46), from the Malinowski residence near the area from which Mr. Malinowski fired upon ATF Agents 1 and 2.

76.    Multiple bullet holes consistent with the size of a .45 caliber projectile were documented in the entryway of the Malinowski residence where the ATF agents entered the residence.

77.    The silver Colt Defender .45 caliber handgun, bearing serial number DR47793 (Defendant 46), is the firearm used by Mr. Malinowski to fire upon Agents 1 and 2 in violation of Title 18, United States Code, Section 111.

78.    The remaining Defendant Firearms and Ammunition, Defendants 1 through 45, were each seized during the subsequent execution of the federal search and seizure warrant at 4 Durance Court on March 19, 2024.

79.    Defendants 1 through 34 are firearms recovered from the Malinowski residence that were either (1) tagged for sale at the time of seizure; (2) listed on the same multiple sales report as firearms recovered by law enforcement from other individuals during the commission of a crime; and/or (3) are the same make and model as other firearms known to have been sold by Mr. Malinowski in the course of his unlicensed dealing.  As such these firearms were involved in

or intended to be used in a violation of Title 18, United States Code, Section 922(a)(1)(A). Additionally, because the ATF Forms 4473 for Defendants 1 through 34 falsely state that Mr. Malinowski was the actual transferee/buyer of the firearms, Defendants 1 through 34 were involved in a violation of Title 18, United States Code, Section 922(a)(6).

80.    Defendants 35 through 45 are approximately 22,032 rounds of assorted ammunition recovered from the Malinowski residence, that were similarly involved in or intended to be used in the same violations of Title 18, United States Code, Section 922(a)(1)(A).  As set forth above, together with his sales of firearms, Mr. Malinowski offered associated ammunition for sale, including via text messages with W-1.  Mr. Malinowski also attempted to sell ammunition to ATF undercover agents during the January 2024 gun show and had ammunition on display and available for sale at various gun shows.

81.    Additionally, during execution of the federal search warrant at the Malinowski residence, ATF located various documents that appear to be price lists for firearms as well as ammunition.

82.    The Defendant Firearms and Ammunition are subject to forfeiture to the United States under Title 18, United States Code, Section 924(d)(1), because they are firearms and ammunition, as defined in Title 18, United States Code, Section 921(a)(3) and (17), involved in or intended to be used in violations of Title 18, United States Code, Sections 922(a)(1)(A) (as to Defendants 1-45) and 922(a)(6) (as to Defendants 1-34), or 111 (as to Defendant 46 only).

WHEREFORE, plaintiff, the United States, prays that the Court issue an arrest warrant *in rem* as provided by Supplemental Rule G(3)(b), which the United States will execute on the Defendant Firearms and Ammunition as provided by Title 28, United States Code, Section 1355(d) and Supplemental Rule G(3)(c); order the Defendant Firearms and Ammunition forfeited to the United States to be held as evidence until all related legal proceedings are concluded; and award all other proper relief.

JONATHAN D. ROSS
United States Attorney

By:_____
AMANDA JEGLEY (2010045)
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
(501) 340-2600
Amanda.Jegley@usdoj.gov

14

## VERIFICATION

I, Troy Dillard, verify and declare under penalty of perjury that (1) I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives; (2) I have read this verified complaint *in rem* and know its contents; and (3) the matters contained in this verified complaint *in rem* are true to my own knowledge and belief.

The sources of my knowledge and information and the grounds of my belief are (1) my participation in this investigation, (2) information learned from oral and written reports prepared by other law enforcement officers, and (3) review of physical evidence.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and research.

Dated: October 7th, 2024.

s/a

Troy Dillard, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

**EXHIBIT 1**
**(DESCRIPTION OF DEFENDANT PROPERTY)**

| DEFENDANT (ATF ASSET ID) | ASSET DESCRIPTION |
|---|---|
| Defendant 1 (24-ATF-011427) | Anderson Manufacturing AM-15 Rifle CAL: Multi SN:16263591 |
| Defendant 2 (24-ATF-011431) | Diamondback Arms Inc. DB-10 Rifle CAL:308 SN:DB3902088 |
| Defendant 3 (24-ATF-011483) | Tennessee Arms Co., LLC TAC-9 Pistol CAL: Multi SN:G000009155 |
| Defendant 4 (24-ATF-011486) | FEDERAL ARMAMENT, LLC (FEDARM) FR-16 Pistol CAL: Multi SN:A02683 |
| Defendant 5 (24-ATF-011487) | DPMS INC. (DEFENSE PROCUREMENT MFG. SERVICES) Panther Rifle CAL: Multi SN:AA003001 |
| Defendant 6 (24-ATF-011490) | RADICAL FIREARMS, LLC RF-15 Rifle CAL: Multi SN:21-042855 |
| Defendant 7 (24-ATF-011491) | REMINGTON ARMS COMPANY, INC. 770 Rifle CAL:30-06 SN:H70026140 |
| Defendant 8 (24-ATF-011492) | WALTHER PPK/S Pistol CAL:380 SN:3307BAD |
| Defendant 9 (24-ATF-011493) | GLOCK GMBH 45 Pistol CAL:9 SN:BKDM288 |
| Defendant 10 (24-ATF-011494) | Glock Inc. 43X Pistol CAL:9 SN:CALT195 |
| Defendant 11 (24-ATF-011495) | Glock GMBH 43X Pistol CAL:9 SN:BEWZ304 |
| Defendant 12 (24-ATF-011497) | BERETTA, PIETRO S.P.A 92FS Pistol CAL:9 SN:A322556Z |
| Defendant 13 (24-ATF-011498) | BERETTA USA CORP 92FS Pistol CAL:9 SN:BER475246 |
| Defendant 14 (24-ATF-011499) | CHARTER ARMS PATHFINDER REVOLVER CAL:22 SN:320050 |
| Defendant 15 (24-ATF-011500) | BERETTA, PIETRO S.P.A 92F Pistol CAL:9 SN:D91295Z |
| Defendant 16 (24-ATF-011501) | SIG SAUER (SIG-ARMS) P320 Pistol CAL:9 SN:58J256134 |
| Defendant 17 (24-ATF-011502) | ANDERSON MANUFACTURING AM-15 Rifle CAL: Multi SN:14127287 |
| Defendant 18 (24-ATF-011504) | Colt MUSTANG POCKETL Pistol CAL:380 SN:PL35187 |
| Defendant 19 (24-ATF-011505) | NORTH AMERICAN ARMS MAGA Revolver CAL:22 SN:W54081 |
| Defendant 20 (24-ATF-011507) | HERITAGE MFG. INC. ROUGH RIDER Revolver CAL:22 SN:M18164 |

| DEFENDANT (ATF ASSET ID) | ASSET DESCRIPTION |
|---|---|
| Defendant 21 (24-ATF-011513) | Rossi M885 Revolver CAL:38 SN:W136910 |
| Defendant 22 (24-ATF-011515) | Colt MUSTANG POCKETL Pistol CAL:380 SN:PL51052 |
| Defendant 23 (24-ATF-011519) | Colt MK IV MUSTANG Pistol CAL:380 SN:MU28553 |
| Defendant 24 (24-ATF-011520) | Colt 1991A1 Pistol CAL:45 SN:CJ23080 |
| Defendant 25 (24-ATF-011521) | BERETTA, PIETRO S.P.A 92FS Pistol CAL:9 SN:M85755Z |
| Defendant 26 (24-ATF-011522) | FNH USA, LLC FN 15 Rifle CAL:556 SN:FNCR019312 |
| Defendant 27 (24-ATF-011523) | SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 Pistol CAL:9 SN:C491854 |
| Defendant 28 (24-ATF-011529) | CZ USA CZ P-10 C Pistol CAL:9 SN:C787197 |
| Defendant 29 (24-ATF-011534) | Kimber Micro 9 Pistol CAL:9 SN:PB0000544 |
| Defendant 30 (24-ATF-011536) | Colt MUSTANG POCKETL Pistol CAL:380 SN:PL105956 |
| Defendant 31 (24-ATF-011548) | BERETTA USA CORP 92FS Pistol CAL:9 SN:BER085975 |
| Defendant 32 (24-ATF-011549) | HECKLER AND KOCH VP9 V1 Pistol CAL:9 SN:224141182 |
| Defendant 33 (24-ATF-011551) | SCCY INDUSTRIES, LLC (SKYY IND.) CPX-2 Pistol CAL:9 SN:C491045 |
| Defendant 34 (24-ATF-011580) | Astra HOPE Pistol CAL:25 SN:228930 |
| Defendant 35 (24-ATF-011555) | 60 Rounds Assorted Ammunition CAL: Assorted |
| Defendant 36 (24-ATF-011570) | 31 Rounds Assorted Ammunition CAL: Assorted |
| Defendant 37 (24-ATF-011574) | 66 Rounds Assorted Ammunition CAL: Assorted |
| Defendant 38 (24-ATF-011575) | 6074 Rounds Assorted Ammunition CAL: Assorted |
| Defendant 39 (24-ATF-011576) | 2700 Rounds Assorted Ammunition CAL: Assorted |
| Defendant 40 (24-ATF-011577) | 951 Rounds Assorted Ammunition CAL: Assorted |
| Defendant 41 (24-ATF-011409) | 5868 Rounds Assorted Ammunition CAL: Assorted |
| Defendant 42 (24-ATF-011423) | 1004 Rounds Assorted Ammunition CAL: Assorted |

| DEFENDANT (ATF ASSET ID) | ASSET DESCRIPTION |
|---|---|
| Defendant 43 (24-ATF-011425) | 2209 Rounds Assorted Ammunition CAL: Assorted |
| Defendant 44 (24-ATF-011496) | 3060 Rounds Assorted Ammunition CAL: Assorted |
| Defendant 45 (24-ATF-012900) | 9 Rounds Assorted Ammunition CAL: Assorted |
| Defendant 46 (24-ATF-028259) | Silver Colt Defender Handgun CAL: .45 SN: DR47793 |