## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                                   **Case No. 4:24-CV-850-BRW**

**35 FIREARMS AND APPROXIMATELY 22,032
ASSORTED ROUNDS OF AMMUNITION SEIZED
FORM THE POSSESSION OF BRYAN MALINOWSKI
ON MARCH 19, 2024**                                           **DEFENDANTS**

### MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1), FED. R. CIV. P. 12(b)(6) AND SUPPLEMENTAL ADMIRALTY AND MARITIME CLAIMS RULE G(8)(b)(i)

Comes the Claimant, Maria Del Socorro Malinowski, as Executor for the Estate of Bryan Malinowski ("Estate"), and for her Motion states:

1.      This is a forfeiture action against property seized on March 19, 2024, from the home of Bryan and Maria Malinowski. Prior to this date, agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") obtained a federal search warrant to search the home. Upon their forced entry into the home, Mr. Malinowski exchanged gunfire with the ATF agents, who appeared to be armed intruders. During the exchange of gunfire, Mr. Malinowski was shot and killed. Subsequently, agents with the ATF conducted a search of the home, seizing the Defendant property. There are no criminal proceedings related to the Defendant property filed in Federal Court.

1

2.      Pursuant to the Federal Rules of Civil Procedure, Supplemental Admiralty and Maritime Claims Rule G(8)(b)(i), a claimant may move to dismiss a forfeiture complaint under Fed. R. Civ. P. 12(b). FRCP SUPP AMC Rule G(8)(b)(i). Arguments regarding the sufficiency of the complaint are governed by Rule G(2). FRCP SUPP AMC Rule G(8)(b).

3.      The Government asserts in ¶¶ 7 and 82 of its October 7, 2024 verified Complaint in rem, **[Doc 1]**, that it is entitled to forfeiture of Defendants pursuant to 18 U.S.C. § 924(d)(1), because it alleges that Mr. Malinowski committed offenses defined in 18 U.S.C. § 922(a)(1)(A) (also referred to as the "Firearms Dealing Provision") and 18 U.S.C. § 922(a)(6) (also referred to as the "False Statement Provision").

4.      Mrs. Malinowski (Estate) is entitled to the return of the Defendants for the following reasons:

    a.  The Government failed to commence a related criminal prosecution, which is necessary to pursue a forfeiture action pursuant to 18 U.S.C. § 924(d)(1);

    b.  The Government failed to "individually" identify the "quantities of ammunition" so as to be "subject to… forfeiture" pursuant to 18 U.S.C. § 924(d)(2)(C) and Rule G(2)(f);

    c.  The Government failed to allege sufficiently detailed facts to connect specific Defendants with illegal activity (applies to all but Defendants 9, 27, 33, and 46);

    d.  The Government failed to allege sufficiently detailed facts that Mr. Malinowski willfully engaged in dealing firearms;

    e.  The complaint fails to state facts implicating a false or fictitious statement or a "knowing" mens rea—it failed to allege a known third-party at the time of the purchase;

f.  The Colt Defender Handgun (Defendant 46) was used in defense of Mr. Malinowski, his wife, and their home.

5.  Mrs. Malinowski seeks dismissal of the Government's forfeiture action, and she requests the return of the seized property to the Estate.

6.  In support of her Motion to Dismiss, Claimant relies on her brief in support of her motion, which is filed simultaneously herewith, and the following exhibits:

**Claimant's Ex. 1**  Glock 43 vs. Glock 43x, https://us.glock.com/en/Pistols (last viewed December 10, 2024)

**Claimant's Ex. 2**  ATF Form 4473

**Claimant's Ex. 3**  Tr. of Oral Arg. at 34-35, *Abramski v. United States*, 573 U.S. 169, 200 (2014)

WHEREFORE, Claimant prays for an Order of this Court granting her Motion to Dismiss and order Plaintiff to return all seized property to her.

Respectfully submitted,

Matt Stauffer (ABA No. 2012284)
Paul J. James (ABA No. 83091)
**JAMES & CARTER, PLC**
500 Broadway, Suite 400
Little Rock, AR 72201
(501) 372-1414 – Telephone
 (501) 372-1659 – Facsimile
mstauffer@jamescarterlaw.com
pjj@jamescarterlaw.com

***Attorneys for Claimant***

3

## CERTIFICATE OF SERVICE

I, Matt Stauffer, hereby certify that on December 11, 2024, I served the foregoing via the Court's electronic filing system (ECF) and via first class mail, postage prepaid, upon the following:

United States Attorney's Office
**Attn: AUSA Amanda Jegley**
425 W. Capitol Ave., Suite 500
Little Rock, AR 72201-3536

P.O. Box 1229
Little Rock, AR 72203